EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MONROE COUNTY, GEORGIA

**SUCV2019000339**

**JUL 07, 2020 04:28 PM**

*Lynn W. Ham*

Lynn W. Ham, Clerk
Monroe County, Georgia

## IN THE SUPERIOR COURT OF MONROE COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| TEDDY CASTLEBERRY and | ) | |
| SHIRLEY CASTLEBERRY, | ) | |
| | ) | Case No. SUCV2019000339 |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| ANTHONY K. THOMAS, | ) | |
| ANTHONY THOMAS LOGISTICS, LLC, | ) | |
| CASH LIQUIDATIONS, INC., and | ) | |
| TOTAL QUALITY LOGISTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### STATEMENT OF THE FACT OF TEDDY CASTLEBERRY'S DEATH

NOW COMES ERIC DEAN CASTLEBERRY, Administrator of the Estate of Teddy

Castleberry, deceased, who is named as a Plaintiff in the above-styled action, and states that

Teddy Castleberry passed away on March 30, 2020.

This the  7th  day of July, 2020.

Respectfully Submitted,

_____

LINLEY JONES
State Bar No. 403045
ANGELA FORSTIE
State Bar No. 940654
Attorneys for Plaintiffs

The Linley Jones Firm, P.C.
3334 Peachtree Road NE
Suite CU-2
Atlanta, GA 30326
Tele: (404) 418-0000
Fax: (404) 418-0044
linley@linleyjones.com
angela@linleyjones.com

**IN THE SUPERIOR COURT OF MONROE COUNTY**

**STATE OF GEORGIA**

| | | |
|---|---|---|
| TEDDY CASTLEBERRY and | ) | |
| SHIRLEY CASTLEBERRY, | ) | |
| | ) | Case No. SUCV2019000339 |
|      Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| ANTHONY K. THOMAS, | ) | |
| ANTHONY THOMAS LOGISTICS, LLC, | ) | |
| TOTAL QUALITY LOGISTICS, LLC, | ) | |
| and CASH LIQUIDATIONS, INC., | ) | |
| | ) | |
|      Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

Plaintiffs hereby certify that the undersigned has this day served opposing party with a copy of the within and foregoing Plaintiffs' Statement of Fact of Death via the Court's electronic filing system and Statutory Electronic Service addressed as follows:

Mike O. Crawford, Esq.                     Scott W. McMickle, Esq.
Monica Dean, Esq.                          McMickle, Kurey & Branch, LLP
Swift Currie McGhee & Hiers           217 Roswell Street
1355 Peachtree Street, NE              Suite 200
Suite 300                               Alpharetta, Georgia 30009
Atlanta, Georgia 30309                (678) 824-7800
Mike.Crawford@swiftcurrie.com      swm@mkblawfirm.com
Monica.Dean@swiftcurrie.com

This the  7th  day of July, 2020.

THE LINLEY JONES FIRM, P.C.

_____
LINLEY JONES
State Bar No. 403045
ANGELA FORSTIE
State Bar No. 940654
Attorneys for Plaintiffs

The Linley Jones Firm, P.C.
3334 Peachtree Road NE
Suite CU-2
Atlanta, GA 30326
Tele: (404) 418-0000
Fax: (404) 418-0044
linley@linleyjones.com
angela@linleyjones.com