**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
MONROE COUNTY, GEORGIA
**SUCV2019000339**

MAR 12, 2020 04:42 PM

Lynn W. Ham, Clerk
Monroe County, Georgia

IN THE SUPERIOR COURT OF MONROE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TEDDY CASTLEBERRY and<br>SHIRLEY CASTLEBERRY<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHONY K. THOMAS,<br>ANTHONY THOMAS LOGISTICS, LLC,<br>CASH LIQUIDATIONS, INC., and TOTAL<br>QUALITY LOGISTICS, LLC<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: SUCV2019000339 |

## DEFENDANT TOTAL QUALITY LOGISTICS, LLC'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant TOTAL QUALITY LOGISTICS, LLC (TQL), by and through counsel, pursuant to O.C.G.A. § 9-11-56 and Ga. Unif. Super. Ct. 6.5, and hereby submits this Motion for an Order granting Summary Judgment in their favor.

In support of this Motion, Defendant relies upon their supporting Brief, filed contemporaneously herewith, as well as all Pleadings, discovery and affidavits on file with this Court, including those Defendant has requested to be filed with this Court.

                                                            McMICKLE, KUREY & BRANCH, LLP

                                                            By: */s/Matt R. Sessions*
                                                                SCOTT W. McMICKLE
                                                                Georgia Bar No. 497779
                                                                MATT R. SESSIONS
                                                                 Georgia Bar No. 899806
                                                                ***Attorneys for Defendants***
                                                                ***Anthony K. Thomas,***
                                                                ***Anthony Thomas Logistics, LLC, and***
                                                                ***Total Quality Logistics, LLC***

-2-

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Facsimile:  (678) 824-7801
Email:  swm@mkblawfirm.com
        msessions@mkblawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **DEFENDANT TOTAL QUALITY LOGISTICS, LLC'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the PeachCourt e-Filing system, which will send a notification attaching same thereon to the following counsel of record:

Angela Forstie, Esq.
Linley Jones Firm, PC
3334 Peachtree Road, NE, Suite CU-2
Atlanta, GA 30326
*Attorney for Plaintiffs*

Mike O. Crawford, Esq.
Monica Dean, Esq.
Swift, Currie, MCGhee & Hiers
1355 Peachtree Street, NE, Suite 300
Atlanta, GA 30309
*Attorney for Defendant*
*Cash Liquidations, Inc.*

This 12th day of March, 2020.

/s/ *Matt R. Sessions*
MATT R. SESSIONS
For the Firm

-3-